UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

ROBERTO CARLOS MENDOZA,

      Petitioner,

    v.                                                          CAUSE NO. 3:26cv614 DRL-SJF

WARDEN,

      Respondent.

## ORDER

Immigration detainee Roberto Carlos Mendoza, a litigant without counsel, was granted until June 5, 2026 to file an amended petition and either pay the $5.00 filing fee or file a motion for leave to proceed *in forma pauperis*. He was cautioned that if did not respond by the deadline, the case was subject to dismissal without further notice for lack of prosecution. The deadline has passed. He did not take any of these steps or otherwise respond.

For these reasons, this action is DISMISSED WITHOUT PREJUDICE for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

June 12, 2026                                          *s/ Damon R. Leichty*
                                           Judge, United States District Court